IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDWIN LESLIE MAUGHAN, | ) Cause No.: CV 11-156-M-DWM |
| Plaintiff, | ) |
| | ) Hon. |
| v. | ) |
| EQUIFAX INFORMATION | ) **SUMMONS** |
| SERVICES LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., | ) |
| TRANS UNION LLC, CAPITAL | ) |
| ONE BANK, and CHASE BANK, | ) |
| | ) |
| Defendants. | ) |

* * * * * * * * * * * * * * * * * * * * *

TO THE ABOVE-NAMED DEFENDANT, EQUIFAX INFORMATION
SERVICES LLC

You are hereby summoned to answer the Complaint and Jury Demand in
this action which is filed in the office of the Clerk of this Court, a copy of which is
herewith served upon you, and to file your Answer and serve a copy thereof upon
the Plaintiff's attorneys, Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls,
Montana 59403-2807, within twenty-one (21) days after the service of this
Summons, exclusive of the day of service.  In case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in
the Complaint.

WITNESS my hand and the seal of said Court this 30th day of
November     , 2011.

U.S. DISTRICT COURT CLERK

(COURT SEAL)

By: Azgoodwin
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDWIN LESLIE MAUGHAN, ) | Cause No.:  CV 11-156-M-DWM |
| Plaintiff, ) | Hon. |
| ) | |
| v. ) | |
| EQUIFAX INFORMATION ) | **SUMMONS** |
| SERVICES LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| TRANS UNION LLC, CAPITAL ) | |
| ONE BANK, and CHASE BANK, ) | |
| ) | |
| Defendants. ) | |

* * * * * * * * * * * * * * * * * * * * *

TO THE ABOVE-NAMED DEFENDANT, EXPERIAN INFORMATION
SOLUTIONS, INC.

You are hereby summoned to answer the Complaint and Jury Demand in
this action which is filed in the office of the Clerk of this Court, a copy of which is
herewith served upon you, and to file your Answer and serve a copy thereof upon
the Plaintiff's attorneys, Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls,
Montana 59403-2807, within twenty-one (21) days after the service of this
Summons, exclusive of the day of service. In case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in
the Complaint.

WITNESS my hand and the seal of said Court this 30th day of
November , 2011.

(COURT SEAL)

U.S. DISTRICT COURT CLERK

By: Azgoodwin
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| EDWIN LESLIE MAUGHAN, | ) | Cause No.: CV 11-156-M-DWM |
| Plaintiff, | ) | Hon. |
| v. | ) | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL ONE BANK, and CHASE BANK, | ) ) ) ) | **SUMMONS** |
| Defendants. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE ABOVE-NAMED DEFENDANT, TRANS UNION LLC

You are hereby summoned to answer the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your Answer and serve a copy thereof upon the Plaintiff's attorneys, Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls, Montana 59403-2807, within twenty-one (21) days after the service of this Summons, exclusive of the day of service. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court this 30th day of November, 2011.

(COURT SEAL)

U.S. DISTRICT COURT CLERK

By: Asgoodwin
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EDWIN LESLIE MAUGHAN,            )     Cause No.: CV 11-156-M-DWM
                                 )
            Plaintiff,           )     Hon.
                                 )
      v.                         )
EQUIFAX INFORMATION             )      **SUMMONS**
SERVICES LLC, EXPERIAN          )
INFORMATION SOLUTIONS, INC.,    )
TRANS UNION LLC, CAPITAL        )
ONE BANK, and CHASE BANK,       )
                                 )
            Defendants.          )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE ABOVE-NAMED DEFENDANT, CAPITAL ONE BANK

You are hereby summoned to answer the Complaint and Jury Demand in
this action which is filed in the office of the Clerk of this Court, a copy of which is
herewith served upon you, and to file your Answer and serve a copy thereof upon
the Plaintiff's attorneys, Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls,
Montana 59403-2807, within twenty-one (21) days after the service of this
Summons, exclusive of the day of service. In case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in
the Complaint.

WITNESS my hand and the seal of said Court this 30th day of
November , 2011.

U.S. DISTRICT COURT CLERK

(COURT SEAL)

By: AZgoodwin
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EDWIN LESLIE MAUGHAN,    )    Cause No.: CV 11-156-M-DWM

      Plaintiff,          )    Hon.

                      )
      v.                   )
EQUIFAX INFORMATION       )    **SUMMONS**
SERVICES LLC, EXPERIAN      )
INFORMATION SOLUTIONS, INC.,   )
TRANS UNION LLC, CAPITAL     )
ONE BANK, and CHASE BANK,     )
                      )
      Defendants.         )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE ABOVE-NAMED DEFENDANT, CHASE BANK

You are hereby summoned to answer the Complaint and Jury Demand in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your Answer and serve a copy thereof upon the Plaintiff's attorneys, Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls, Montana 59403-2807, within twenty-one (21) days after the service of this Summons, exclusive of the day of service. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court this 30th day of November, 2011.

U.S. DISTRICT COURT CLERK

(COURT SEAL)

By: Azgoodwin
               Deputy Clerk