Alexander (Zander) Blewett, III  
Anders Blewett  
HOYT & BLEWETT PLLC  
501 Second Avenue North  
P.O. Box 2807  
Great Falls, MT  59403-2807  
Telephone:  (406) 761-1960  
Fax:  (406) 761-7186  
E-mail:  zblewett@hoytandblewett.com  
         ablewett@hoytandblewett.com  

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF MONTANA  
MISSOULA DIVISION

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDWIN LESLIE MAUGHAN, | Cause No.:  CV 11-156-M-DWM |
| Plaintiff, | Hon. Donald W. Molloy |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CAPITAL ONE BANK (USA), N.A., and CHASE BANK USA, N.A., | **STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |
| Defendants. | |

* * * * * * * * * * * * * * * * * * *

COME NOW counsel for Plaintiff Edwin Leslie Maughan and counsel for Defendant Equifax Information Services LLC, and hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendant Equifax Information Services LLC, exclusively, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

//

//

//

//

//

DATED this 24th day of April, 2012.

| HOYT & BLEWETT PLLC | KING & SPALDING LLP |
|---|---|
| /s/ Anders Blewett<br>Alexander (Zander) Blewett, III<br>Anders Blewett<br>Attorneys for Plaintiff | /s/ K. Ann Broussard<br>K. Ann Broussard<br>Co-Counsel for Defendant Equifax<br>Information Services LLC |

CARPENTER LAW FIRM, PLC

/s/ Charles H. Carpenter
Charles H. Carpenter
Attorneys for Defendant Equifax
Information Services LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of April, 2012, a copy of the foregoing document was served on the following persons by the following means:

```
  1, 2, 3, 4, 5, 6     CM/ECF
_____      Hand Delivery
_____      Mail
_____      Overnight Delivery Service
_____      Fax
_____      E-Mail
```

1.  Clerk, U.S. District Court

2.  Elizabeth L. Griffing
    Axilon Law Group, PLLC
    257 W. Front Street, Suite B
    Missoula, MT   59802

3.  Eric J. Hardeman
    Jones Day
    3161 Michelson Drive, Suite 800
    Irvine, CA   92612-4408
    Attorneys for Defendant Experian Information Solutions, Inc.

4.  Charles E. McNeil
    Jenny M. Jourdonnais
    Garlington, Lohn & Robinson, PLLP
    350 Ryman Street
    P.O. Box 7909
    Missoula, MT   59870-7909
    Attorneys for Defendant Chase Bank USA, N.A.

5.  Charles H. Carpenter
    Carpenter Law Firm, PLC
    210 North Higgins Avenue, Suite 336
    Missoula, MT   59802
    Attorneys for Defendant Capital One Bank (USA), N.A.

6.    Barry Goheen
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Attorney for Defendant Capital One Bank (USA), N.A.

HOYT & BLEWETT PLLC

/s/ Anders Blewett
Alexander (Zander) Blewett, III
Anders Blewett

Attorneys for Plaintiff